HORACE A. DEMAREST, Appellant, *v.* FRANK A. CARR
     et al., Respondents, Impleaded with Others.

*Demarest* v. *Carr*, 173 App. Div. 887, affirmed.
(Argued October 29, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered March 13, 1916, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court on trial at Special Term. This is a partition
suit brought by plaintiff as the owner of an undivided half
of the property. The property was owned by plaintiff's
father, Frank Demarest, and the defendant Frank A.
Carr in equal parts, as tenants in common. The answers

of the defendants controverted the plaintiff's allegation of title and the defendant Frank A. Carr affirmatively pleaded that the plaintiff had by deed conveyed plaintiff's interest in the premises to Frank A. Carr and further pleaded facts showing plaintiff's acquiescence which facts defendant claimed estopped the plaintiff from seeking to avoid the deed. . Plaintiff contended that the deed was obtained without consideration and was void.

*Louis O. Van Doren* and *Herrick McClenthen* for appellant.

*George H. Taylor, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO and POUND, JJ. Absent: ANDREWS, J.